1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5  ANNA TRYON PLETCHER
   TAI S. MILDER
6  RICHARD B. COHEN
   Trial Attorneys
7  U.S. Department of Justice
   Antitrust Division
8  450 Golden Gate Avenue, Room 10-0101
   San Francisco, CA 94102
9  Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-11-0291 EJG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| WALTER DANIEL OLMSTEAD, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Olmstead is scheduled for a Status Conference regarding Judgment and Sentencing on October 28, 2011. However, he may be called as a witness at the trial of several co-conspirators. As such, the government will not be able to fully determine its sentencing recommendation until such trial.

Per agreement with the government and defense counsel, it is

1

respectfully requested that the status conference currently set for October 28, 2011, at 10:00 a.m. be continued to January 27, 2012. The United States Probation Office is in accord with this approach.

It is anticipated that at that time, the parties will be in a better position to request a new Judgment and Sentencing date and disclosure schedule for the pre-sentence report.

Dated: October 25, 2011                   Respectfully Submitted,

                                            Benjamin B. Wagner
                                            United States Attorney

                              By:   s/Russell Carlberg*
                                            RUSSELL L. CARLBERG
                                            Assistant U.S. Attorney

                                            Sharis A. Pozen
                                            Acting Assistant Attorney
                                            General

                              By:   s/Anna Pletcher
                                            ANNA TRYON PLETCHER
                                            TAI S. MILDER
                                            RICHARD B. COHEN
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Antitrust Division

                              By:   s/Carl Faller*
                                            CARL FALLER
                                            Counsel for Defendant

*Signed with permission.

ORDER

For the reasons stated above, the Court reschedules the status conference regarding judgment and sentence to January 27, 2012.

DATED: October 25, 2011

IT IS SO ORDERED.

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE